

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00069-CV

**IN RE** Ricardo **RAMOS**, Alicia Carolina Lopez, and Yaridze Martinez

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relators, Ricardo Ramos, Alicia Carolina Lopez, and Yaridze Martinez, filed their petition for writ of mandamus and motion for emergency temporary relief on January 26, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that Relators have not established that they are entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The motion for emergency temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-10-43930-MCV, styled *Oralia Reyes, et al v. Ernesto Guevara, et al*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.